# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

CHRISTOPHER DONALD TODD,

        Defendant-Appellant.

UNPUBLISHED
December 17, 2015

No.  322587
Macomb Circuit Court
LC No.  2014-000217-FC

Before:  SAWYER, P.J., and BECKERING and BOONSTRA, JJ.

BECKERING, J. (*concurring*).

        I concur in result only.

                            /s/ Jane M. Beckering

-1-